

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-11-00166-CR

RUBEN VASQUEZ                                                          APPELLANT

V.

THE STATE OF TEXAS                                                          STATE

----------

## FROM THE 213TH DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

On May 4, 2011, Appellant Ruben Vasquez filed a notice of appeal from a judgment and sentence imposed two years earlier on June 19, 2009, for attempted burglary. Apparently recognizing that he had filed the notice of appeal late, *see* Tex. R. App. P. 26.2(a)(1), Appellant also filed a motion for an out-of-time appeal.

---

[1]*See* Tex. R. App. P. 47.4.

This court does not have authority to grant an out-of-time appeal. *See Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998) (reasoning that if an appeal is not timely perfected, a court of appeals has no jurisdiction to address the merits of the appeal and can take no action other than to dismiss it). Accordingly, we deny Appellant's motion for an out-of-time appeal, and we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 43.2(f); *Olivo v. State*, 918 S.W.2d 519, 523 (Tex. Crim. App. 1996).

PER CURIAM

PANEL:  GABRIEL, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  June 2, 2011